

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 10, 2019

**BY EMAIL**
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Jared El Mujaahid,*
        19 Mag. 11429

Dear Judge Davison,

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed.

        Very truly yours,

        GEOFFREY S. BERMAN
        United States Attorney

by: _____
      Benjamin A. Gianforti
      Assistant United States Attorney
      (914) 993-1919

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.

12/10/19